## CRIMINAL COMPLAINT
### (Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joe Martin Cruz Jr**<br>DOB: 2005; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-04404MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 14, 2025, in the District of Arizona, **Joe Martin Cruz Jr**, knowing or in reckless disregard that certain aliens, including Gloria Irene Rosales-Espinoza and Victoriano Lopez-Osorio, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 14, 2025, in the District of Arizona (Arivaca), a United States Border Patrol Agent (BPA) was traveling eastbound on Arivaca Sasabe Road when he encountered a 2016 Ford Mustang with the passenger door open stopped in the middle of the road near mile marker 10. The door closed and the vehicle sped off eastbound. The BPA followed behind and approximately one mile later the vehicle stopped. Four people dressed in camouflage got out and two people ran north of the road and two ran south. The vehicle continued east, and the BPA attempted to conduct a stop. The vehicle failed to yield, conducted a U-turn, and traveled back westbound. As the vehicle passed the BPA he noticed the driver with no other visible occupants. The pursuit was terminated due to unsafe road conditions. A short while later the vehicle collided with another Border Patrol vehicle and rolled onto its side. BPAs arrived to the accident and discovered that the driver had absconded. BPAs conducted a tracking operation and located the keys to the vehicle approximately 100 yards southwest of the accident. A BPA canine continued tracking foot sign and later discovered a pair of gray sweatpants in a tree with fresh blood spots on them. A camera operator acquired visual of a person running westbound. A Customs and Border Protection flew overhead and located the person. BPAs responded to the area and were able to apprehend the driver identified as **Joe Martin Cruz Jr.** **Cruz** was found shirtless in the brush with his hands raised in the air. **Cruz** had a head and hand laceration, and Emergency Medical Services were called to administer treatment. BPAs traveled to the location of where the four passengers had absconded from the vehicle. BPAs were able to apprehend two people identified as Gloria Irene Rosales-Espinoza and Victoriano Lopez-Osorio in the area. Rosales and Lopez were determined to be Guatemalan citizens illegally present in the United States. Records checks revealed that Gloria Irene Rosales-Espinoza and Victoriano Lopez-Osorio did not have the proper immigration documentation to enter or remain in the U.S. legally.

Material witness Gloria Irene Rosales-Espinoza stated that she is a citizen of Guatemala and had arranged to be smuggled into the United States for 134,000 Guatemalan Quetzals. Rosales crossed the International Boundary Fence (IBF) with another person.

**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Gloria Irene Rosales-Espinoza and Victoriano Lopez-Osorio

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone _x_** | |

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 16, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

25-04404MJ

**Continued from the previous page:**

She was given instructions to walk to a mountain and wait for two other people that were crossing the IBF at a later time.  Rosales met the two other people and one of them had the location where they were going to meet a driver. They walked approximately six hours to the location and waited.  The driver in a compact car arrived. Rosales ran and sat in between the seats.  She was in the car for five minutes when another person told her to get out.  Rosales exited the vehicle, ran, and hid.  Approximately four minutes later she was apprehended by Border Patrol.  Rosales described the driver as an American male approximately 25 years of age.

Material witness Victoriano Lopez-Osorio stated that he is a citizen of Guatemala and his family had arranged for him to be smuggled into the United States for $10,000 USD.  Lopez crossed the IBF with two others, and they walked through the night and into the next day before arriving at a pickup location.  The group was told that a vehicle would pick them up at the location.  A blue two-door sports car arrived, and the driver screamed at them to get inside.  Lopez got inside and the driver drove at a fast rate of speed.  Border Patrol followed behind and the driver pulled to the side of the road for the group to exit the vehicle.  Lopez exited and the driver continued driving.  Lopez ran from Border Patrol but was later arrested.

In a post-*Miranda* statement, **Cruz** stated that he added a girl from Snapchat that posted she needed a driver.  The girl referred **Cruz** to a man on WhatsApp.  **Cruz** believed that he would be driving someone and did not know it was for something illegal.  The man instructed **Cruz** to drive from Flagstaff, Arizona to Tucson, Arizona and to arrive between 1:00 and 2:00 p.m.  **Cruz** was added to a bunch of group chats and asked to share his live location.  **Cruz** drove to the exact location given to him near Arivaca. He yelled out "May" which he was told to do.  A bunch of people dressed in camouflage came running to his car and got inside.  While the people were getting into his car, Border Patrol arrived, and **Cruz** continued driving east.  The Border Patrol vehicle activated the emergency lights and the four to five people in **Cruz's** car used hand gestures to tell him to stop.  **Cruz** stopped and all the people got out and ran.  The Border Patrol vehicle stopped for the people running and **Cruz** continued toward Arivaca.  **Cruz** later saw additional Border Patrol vehicles stopped in front of him blocking off the street with their emergency lights on.  **Cruz** spun his car around and went back west because he was scared.  The road was windy and while he was driving fast, he lost control and collided with an oncoming Border Patrol vehicle that had its emergency lights activated.  The car flipped onto the driver side and **Cruz** crawled out through the passenger door.  He had blood everywhere and ran.  **Cruz** stated that he remembered running, then falling, and waking up to the sound of helicopters.  **Cruz** was to be paid $4,000 USD for each person he drove.  He was unclear if the $4,000 was for each person or for the car full of people.